UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

**FILED**

'98 MAY -8 PM 2: 46

U.S. DISTRICT COURT
N.D. OF ALABAMA

|  |  |  |
|---|---|---|
| ALEXIS M. HERMAN, | ) | |
| SECRETARY OF LABOR, U. S. | | |
| DEPARTMENT OF LABOR, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV97-S-510-NW |
| ACTION VANS, INC., | ) | |
| Defendant. | ) | |

**ENTERED**

MAY   8 1998

### FINDINGS OF FACT
### AND
### CONCLUSIONS OF LAW

The court has before it the affidavit of Cynthia Welch Brown filed March 19, 1998, in support of default judgment. Based on the entire court file and the affidavit of Ms. Brown, the court makes the following findings of fact and conclusions of law.

1.   On March 3, 1997, plaintiff filed a complaint alleging that defendant Action Vans, Inc. owes civil penalties, interest, delinquent fees and administrative costs from two Citations and Notifications of Penalty issued to defendant, and its successors, pursuant to two separate inspections (Inspections Nos. 109239343 and 106235617), conducted under the Occupational Safety and Health Act of 1970.   Jurisdiction is conferred pursuant to 29 U.S.C. § 666(1).

2.   Defendant was served with the summons and complaint on March 18, 1997.

3.   Defendant has failed to answer or otherwise plead.

4.   Defendant is a corporation subject to this court's jurisdiction.

5.     Defendant is indebted to plaintiff in the following amounts: $14,000.00 in penalties assessed by OSHA; interest in the amount of $2,260.05 as of March 3, 1997, plus additional interest at the rate of 4% per annum on the unpaid penalties from that date until paid in full; delinquent fees in the amount of $3,320.00 as of March 3, 1997, plus additional interest at the rate of 6% per annum on the unpaid penalties from that date until paid in full; and administrative costs of $20.00.

An appropriate entry of judgment by default will be made. DONE this _____ 8th _____ day of May, 1998.

United States District Judge

**2**